# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRANE E. DAVIS, | ) |
| Petitioner, | ) |
| vs. | ) CIVIL NO. 08-798-GPM |
| LISA J. W. HOLLINGSWORTH, | ) |
| Respondent. | ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

Petitioner, an inmate incarcerated at USP-Marion in Marion, Illinois, filed this action pursuant to 28 U.S.C. § 2241 challenging a decision of the United States Probation Office for the Southern District of Texas denying Petitioner's plan to relocate to Texas upon his release from prison. Petitioner states that he is scheduled to be released from prison (with good time credits) on May 5, 2010. Petitioner contends that the decision denying his relocation plan was arbitrary and capricious and, therefore, in violation of his right to Due Process of law. This Court is skeptical that habeas corpus is an appropriate remedy for the situation as described, but the defense will develop its case as it thinks best.

**IT IS HEREBY ORDERED** that Respondent shall, within twenty-three (23) days of receipt of this application for Writ of Habeas Corpus, answer and show cause why the writ should not issue. Service upon the United States Attorney for the Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois, shall constitute sufficient service.

**IT IS FURTHER ORDERED** that pursuant to Local Rule of the United States District

Court for the Southern District of Illinois 72.1(a)(2), this cause is referred to a United States Magistrate Judge for further pre-trial proceedings.

**IT IS FURTHER ORDERED** that this entire matter be referred to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

Petitioner is under a continuing obligation to keep the Clerk and each opposing party informed of any change in his whereabouts. This shall be done in writing and not later than seven (7) days after a transfer or other change in address occurs. Failure to do so will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED**.

DATED: 03/23/09

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge