# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TRANE E. DAVIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 08-798-CJP |
| | ) | |
| LISA J. W. HOLLINGSWORTH, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT IN A CIVIL CASE

This action came before the court for decision of petitioner's application for writ of habeas corpus. The court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is dismissed, pursuant to an Order entered by U.S. Magistrate Judge Clifford J. Proud (Doc. 13), filed on July 23, 2009, and judgment is entered in favor of Respondent **LISA J. W. HOLLINSWORTH,** and against Petitioner **TRANE E. DAVIS**.

Petitioner shall take nothing from this action.

**JUSTINE FLANAGAN,**
**Acting Clerk of Court**

July 24, 2009           By: s/Angie Vehlewald
Date           Deputy Clerk

Approved: S/Clifford J. Proud
          Clifford J. Proud
          U.S. Magistrate Judge